1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSHUA NEIL HARRELL,

11             Plaintiff,                     No. 2:12-cv-1904 MCE KJN P

12        vs.

13   FAIRFIELD POLICE
     DEPARTMENT, et al.,

14
               Defendants.                    ORDER

15
     _____/

16

17             Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C.

18   § 1983.  Plaintiff requests that the court appoint counsel.  District courts lack authority to require

19   counsel to represent indigent prisoners in section 1983 cases.  Mallard v. United States Dist.

20   Court, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an

21   attorney to voluntarily to represent such a plaintiff.  See 28 U.S.C. § 1915(e)(1); Terrell v.

22   Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36

23   (9th Cir. 1990).  When determining whether "exceptional circumstances" exist, the court must

24   consider plaintiff's likelihood of success on the merits as well as the ability of the plaintiff to

25   articulate his claims pro se in light of the complexity of the legal issues involved.  Palmer v.

26   Valdez, 560 F.3d 965, 970 (9th Cir. 2009) (district court did not abuse discretion in declining to

1

1    appoint counsel).  The burden of demonstrating exceptional circumstances is on the plaintiff.  Id.

2    Circumstances common to most prisoners, such as lack of legal education and limited law library

3    access, do not establish exceptional circumstances that warrant a request for voluntary assistance

4    of counsel.

5            Having considered the factors under Palmer, the court finds that plaintiff has

6    failed to meet his burden of demonstrating exceptional circumstances warranting the

7    appointment of counsel at this time.

8            Accordingly, IT IS HEREBY ORDERED that plaintiff's August 6, 2012 motion

9    for the appointment of counsel (dkt. no. 8) is denied without prejudice.

10   DATED: October 11, 2012

11

12                                    _____
                                      KENDALL J. NEWMAN
13                                    UNITED STATES MAGISTRATE JUDGE

14   harr1904.31

15

16

17

18

19

20

21

22

23

24

25

26